No. 94–9253. IN RE SHEEHY ET UX. Super. Ct. Pa. Petition for writ of common-law certiorari denied.

No. 94–9789. IN RE HOLLINGSWORTH;
No. 95–5296. IN RE JOHNSON;
No. 95–5471. IN RE TAVARES;
No. 95–5506. IN RE HINES;
No. 95–5516. IN RE LONG;
No. 95–5604. IN RE KENNON;
No. 95–5824. IN RE WOOD; and
No. 95–5855. IN RE WEST. Petitions for writs of habeas corpus denied.

No. 94–2094. IN RE LIGHTER, DBA WELLS FARGO PROTECTIVE ALARM SERVICES CO.;
No. 94–2103. IN RE CHAR YIGH MARINE (PANAMA) S. A.;
No. 94–2129. IN RE HUTCHINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HUTCHINSON, DECEASED, ET AL.;
No. 94–9282. IN RE FRANKLIN;
No. 94–9405. IN RE ECHOLS;
No. 94–9526. IN RE FRANKLIN;
No. 94–9560. IN RE PETERSON;
No. 94–9643. IN RE BRYANT;
No. 94–9653. IN RE LEE;
No. 95–269. IN RE ALCAN ALUMINUM CORP.;
No. 95–5175. IN RE SHORES;
No. 95–5184. IN RE THORNWELL;
No. 95–5228. IN RE TAMAYO;
No. 95–5236. IN RE MOORE;
No. 95–5452. IN RE FITZPATRICK;
No. 95–5458. IN RE CROWDER ET AL.;
No. 95–5469. IN RE SMITH; and
No. 95–5512. IN RE MOSES. Petitions for writs of mandamus denied.

No. 94–9398. IN RE MAROPULOS;
No. 94–9701. IN RE HASAN;
No. 94–9749. IN RE VINCENT; and
No. 95–5486. IN RE JOHNSON. Petitions for writs of prohibition denied.